United States District Court
District of Massachusetts

|   |   |
|---|---|
| Juan Mejia Artica, )<br>        Petitioner, )<br>            )<br>    v.      )<br>            )<br>Antone Moniz, et al., )<br>            )<br>        Respondents. ) | Civil Action No.<br>26-10598-NMG |

ORDER

GORTON, J.

   This case arises from the petition for writ of habeas corpus (Docket No. 1) of petitioner Juan Mejia Artica ("petitioner" or "Mejia Artica"). He contends that Antone Moniz and other named respondents ("respondents") have subjected him to mandatory detention despite his claim that he is entitled to procedures under 18. U.S.C. §1226(a).

   For the reasons set forth in Sampiao v. Hyde, No. 1:25-CV-11981-JEK, 2025 WL 2607924 (D. Mass. Sept. 9, 2025), Lema Zamora v. Noem, No. 25-cv-12750-NMG, 2025 WL 2958879 (D. Mass. Oct. 17, 2025) and Lopez-Monteros v. Hyde, No. 25-cv-12629-NMG (D. Mass. Oct. 27, 2025), the petition for writ of habeas corpus (Docket No. 1) is **ALLOWED**. The Court directs that Mejia Artica is to be released unless he is afforded a bond hearing that complies with

-2-

the standards in Hernandez-Lara v. Lyons, 10 F.4th 19 (1st Cir. 2021), within seven days of the date of this order.

**So ordered.**

_____
Nathaniel M. Gorton
Senior United States District Judge

Dated: February 13, 2026